# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-10072-MDC

TERESA C JOHNSON

7101 FORREST AVENUE

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TERESA C JOHNSON

    7101 FORREST AVENUE

    PHILADELPHIA, PA 19138

**Counsel for debtor(s), by electronic notice only.**
    BRUCE J TRAWICK, ESQ
    3001 WALNUT ST
    10TH FLOOR
    PHILADELPHIA, PA 19104-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                              /s/ William C. Miller

Date: 3/29/2019

                                             _____
                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee