# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TERESA JOHNSON | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO: 19-10072-MDC |

## PRAECIPE FOR ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Michelle Lee, Esquire and Margolis Edelstein on behalf of the Debtor Teresa Johnson in the above captioned matter.

Dated: 7/7/2020                    By: /s/ Michelle Lee
                                   By: Michelle Lee, Esquire
                                   PA ID: 202229
                                   Margolis Edelstein
                                   The Curtis Center
                                   170 S. Independence Mall W.,
                                   Suite 400E
                                   Philadelphia, PA 19106
                                   mlee@margolisedelstein.com

{00383382;v1}