## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Teresa Johnson, | : | Chapter 13 |
| | : | |
| **Debtor.** | : | |
| | : | Bankruptcy No. 19-10072-mdc |

# O R D E R

**AND NOW, this** __28th__ **day of October 2020, upon** consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**

{00387184;v1}