# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10072-MDC

TERESA C JOHNSON

7101 FORREST AVENUE

PHILADELPHIA, PA 19138

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TERESA C JOHNSON

    7101 FORREST AVENUE

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

Date: 2/2/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee