United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10072-mdc

Teresa C. Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teresa C. Johnson, 7101 Forrest Ave., Philadelphia, PA 19138-2020 |
| 14256592 | + | CITY OF PHILA. WATER DEPT, 1401 JFK BLVD, STE 230, Philadelphia, PA 19102-1606 |
| 14256593 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14268204 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14256594 | + | RUSHMORE LOAN MGT SVS, PO BOX 55004, Irvine, CA 92619-5004 |
| 14286897 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14271717 | + | Rushmore Loan Management Services, Rebecca A. Solarz, Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14671832 | + | Wilmington Savings Fund Society, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, Authorized Agent for Secured Creditor, 130 Clinton Rd #202 Fairfield, NJ 07004-2927 |
| 14584794 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14341225 | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14341387 | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14256595 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2022 23:51:00 | VERIZON, PO BOX 15124, Albany, NY 12212-5124 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 15 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRUCE J. TRAWICK | on behalf of Debtor Teresa C. Johnson brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| GEORGETTE MILLER | on behalf of Debtor Teresa C. Johnson Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
TERESA C JOHNSON

                    Debtor                Bankruptcy No. 19-10072-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 25, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-


Debtor:
TERESA C JOHNSON
7101 FORREST AVENUE
PHILADELPHIA, PA 19138